363 A.2d 1128
**Frederick B. SCHENKEL, Appellant,**
v.
**CITY OF PHILADELPHIA et al. (two cases).**

**Appeal of Samuel GROSSI and Nancy Grossi, his wife.**

Supreme Court of Pennsylvania.

Argued Nov. 20, 1975.

Decided Oct. 8, 1976.

Gerald Jay Pomerantz, Philadelphia, for appellant at No. 154 and appellee Frederick B. Schenkel at No. 156.

Edwin S. Heins, Jr., Philadelphia, for appellants at No. 156 and appellees Samuel Grossi, et ux., at No. 154.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM:

Decree affirmed. Each party to bear own costs.

JONES, C. J., took no part in the consideration or decision of this case.